IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-633-RJC-DCK

| MOVEMENT MORTGAGE, LLC, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| SUMMIT FUNDING, INC., et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by G. Bryan Adams III, concerning Alexander Rogosa, on October 16, 2023. Alexander Rogosa seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Alexander Rogosa is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 16, 2023

David C. Keesler
United States Magistrate Judge