**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC<br><br>Plaintiff,<br><br>v.<br>DERAN PENNINGTON, CHRIS SHELTON, MATT SCHOOLFIELD, LINDA PLYMALE, HEATHER FRYE, JOSH COVETT and SUMMIT FUNDING, INC.,<br>Defendants. | Civil Action No. 3:23-cv-00633<br><br>**MOVEMENT MORTGAGE'S MOTION TO COMPEL** |

Plaintiff Movement Mortgage, LLC ("Movement" or "Plaintiff") respectfully moves this Court, for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, to compel Defendants Deran Pennington, Chris Shelton, Matt Schoolfield, Linda Plymale, Heather Frye, Josh Covett, and Summit Funding, Inc. (together, "Defendants") to supplement their discovery responses, produce all responsive documents, provide a privilege log, and award Plaintiff its fees in bringing this Motion.

Respectfully submitted this 26th day of June, 2024.

*Signatures on following page.*

Respectfully submitted,

By: */s/ Ari Karen*
Ari Karen, Esq.
V. Amanda Witts, Esq.
Sean D. Harding, Esq.
MITCHELL SANDLER PLLC
1120 20th Street NW, Suite 725
Washington, D.C. 20036
akaren@mitchellsandler.com
v.awitts@mitchellsandler.com
sharding@mitchellsandler.com

*/s/ G. Bryan Adams, III*
G. Bryan Adams, III (N.C. Bar No. 17307)
C. Grainger Pierce, Jr. (N.C Bar No. 27305)
VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
737 E. Boulevard
Charlotte, NC 28203
Telephone: 704-375-6022
Fax: 704-375-6024
Bryan.adams@vraplaw.com
Grainger.pierce@vraplaw.com

***Counsel for Plaintiff***
***Movement Mortgage, LLC***

**CERTIFICATE OF SERVICE**

The undersigned attorney, being duly sworn on oath, states that she caused a copy of the foregoing to be served upon all counsel of record listed below via ECF on June 26, 2024.

/s/ V. Amanda Witts
V. Amanda Witts