# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-633-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE LLC, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| SUMMIT FUNDING, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Movement Mortgage's Motion To Compel" (Document No. 82) filed by Plaintiff on June 26, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

By the pending motion, Plaintiff Movement Mortgage LLC ("Plaintiff" or "Movement") seeks to compel Defendants to supplement their written discovery responses, produce all documents responsive to Plaintiff's requests, and provide a privilege log for those documents not produced pursuant to claims of privilege. (Document No. 82, p. 1).

The undersigned notes that on September 3, 2024, Plaintiff filed a letter indicating that counsel for Defendants Matt Schoolfield, Chris Shelton, Linda Plymale, Heather Frye, and Josh Covett (collectively, the "Individual Defendants") "agreed to produce responsive documents and written responses on or before September 20, 2024." (Document No. 106). Plaintiff requested that the Court hold its ruling on the pending Motion To Compel in abeyance for forty-five (45) days, "so as to provide the Parties with sufficient time to resolve the subject of the Motion To Compel." Id.

Subsequently, counsel for both the Individual Defendants and for Plaintiff represented to the Court that the Individual Defendants' production of responsive documents and discovery responses is ongoing. Counsel for Plaintiff has requested additional time to assess the completeness of the Individual Defendants' production and to advise the Court if the subject of the pending Motion To Compel has been fully resolved.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report regarding this discovery dispute, jointly if possible, or a Notice Of Withdrawal of the pending "…Motion To Compel" (Document No. 82), on or before **November 12, 2024**.

**SO ORDERED**.

Signed: October 24, 2024

David C. Keesler
United States Magistrate Judge