IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-633-RJC-DCK

| | | |
|---|---|---|
| MOVEMENT MORTGAGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SUMMIT FUNDING, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 128) filed by Local Counsel Alexandra C. Glunt on November 6, 2024.

Applicant Elizabeth H. Black seeks to appear as counsel *pro hac vice* for Defendants Deran Pennington and Summit Funding, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 128) is **GRANTED**. Elizabeth H. Black is hereby admitted *pro hac vice* to represent Defendants Deran Pennington and Summit Funding, Inc.

**SO ORDERED**.

Signed: November 6, 2024

_David C. Keesler_
United States Magistrate Judge