IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC<br><br>        Plaintiff,<br><br>  v.<br>DERAN PENNINGTON, CHRIS SHELTON,<br>MATT SCHOOLFIELD, LINDA PLYMALE,<br>HEATHER FRYE, JOSH COVETT and<br>SUMMIT FUNDING, INC.,<br>        Defendants. | Civil Action No. 3:23-cv-00633 |

## JOINT REPORT REGARDING MEDIATION

Pursuant to the Court's Text-Only Order dated January 30, 2025, the parties hereto are submitting this Joint Report regarding the mediation that was held on February 19, 2025. At the mediation, the parties made significant progress toward resolution. The parties are continuing to discuss, evaluate, and negotiate, and do not believe an impasse has been reached at this point in time. The parties respectfully request that the Court allow them an additional seven (7) days to continue negotiating and that they submit a joint report to the Court on or before March 5, 2025, and that the operative deadlines be stayed during that time period.

    Respectfully submitted,

    /s/Elizabeth H. Black
    Denny P. Major
    (admitted *pro hac vice*)
    Elizabeth H. Black
    (admitted *pro hac vice*)
    Alexandra C. Glunt
    Haynsworth Sinkler Boyd, P.A.
    Post Office Box 11889
    Columbia, South Carolina 29211
    (803) 779-3080
    dmajor@hsblawfirm.com
    eblack@hsblawfirm.com

aglunt@hsblawfirm.com

Christopher B. Major
Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, South Carolina 29602
(864) 240-3300
cmajor@hsblawfirm.com

*Attorneys for Defendants Summit Funding, Inc. and Deran Pennington*

February 24, 2025

WE CONSENT:

/s/V. Amanda Witts
Ari Karen (admitted *pro hac vice*)
V. Amanda Witts (admitted *pro hac vice*)
Lucas Markowitz (admitted *pro hac vice*)
MITCHELL SANDLER PLLC
2020 K Street, NW, Suite 760
Washington, DC 20006
Telephone: 202-886-5265
akaren@mitchellsandler.com
v.awitts@mitchellsandler.com
lmarkowitz@mitchellsandler.com

G. Bryan Adams, III (N.C. Bar No. 17307)
C. Grainger Pierce, Jr. (N.C. Bar No. 27305)
VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
Telephone: 704-375-6022
Fax: 704-375-6024
bryan.adams@vraplaw.com
grainger.pierce@vraplaw.com

*Attorneys for Plaintiff Movement Mortgage, LLC*

/s/Jared E. Gardner
Bruce J. Kennedy II (N.C. State Bar No. 55158)
Jared E. Gardner (N.C. State Bar No. 28275)
505 East Boulevard
Charlotte, NC 28203
Telephone: 704-335-0350

2

Case 3:23-cv-00633-RJC-DCK    Document 152    Filed 02/24/25    Page 2 of 3

bkennedy@gardnerskelton.com
jared@gardnerskelton.com

*Attorney for Defendants Chris Shelton, Matt Schoolfield,
Linda Plymale, Heather Frye, and Josh Covett*