IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:23-cv-00633-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC,<br><br>     Plaintiff,<br><br> v.<br>DERAN PENNINGTON, CHRIS SHELTON, MATT SCHOOLFIELD, LINDA PLYMALE, HEATHER FRYE, JOSH COVETT, and SUMMIT FUNDING, INC.,<br>     Defendants. | Civil Action No. 3:23-cv-00633 |
| MOVEMENT MORTGAGE, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>TODD SCRIMA,<br>     Defendant. | Civil Action No. 3:24-cv-00998 |

## JOINT STIPULATION OF DISMISSAL

  WHEREAS the Plaintiff Movement Mortgage, LLC and Defendants Summit Funding, Inc., Deran Pennington, Chris Shelton, Matt Schoolfield, Linda Plymale, Josh Covett, Heather Frye, and Todd Scrima (collectively, the "Parties") have resolved all controversies between them in this case.

THEREFORE, the Parties stipulate, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A), that all claims and causes of action therein be DISMISSED WITH PREJUDICE, each party to bear their own costs.

Dated: January 9, 2026

FOR PLAINTIFF
MOVEMENT MORTGAGE, LLC


/s/ Ari Karen
G. Bryan Adams, III (N.C. Bar No. 17307)
C. Grainger Pierce, Jr. (N.C. Bar No. 27305)
VAN HOY, REUTLINGER, ADAMS,
PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 375-6022
Fax: (704) 375-6024
E-mail: bryan.adams@vraptlaw.com
         grainger.pierce@vraptlaw.com

Ari Karen (Admitted PHV)
V. Amanda Witts (Admitted PHV)
Lucas A. Markowitz (Admitted PHV)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5265
E-mail: akaren@mitchellsandler.com
v.awitts@mitchellsandler.com
         lmarkowitz@mitchellsandler.com

Dated: January 9, 2026

FOR DEFENDANTS SUMMIT FUNDING,
INC., DERAN PENNINGTON, and TODD
SCRIMA

/s/ Denny P. Major
Denny P. Major (Admitted PHV)
Elizabeth H. Black (Admitted PHV)
Alexandra Cassidy Williams
HAYNSWORTH SINKLER BOYD, P.A.
Post Office Box 11889
Columbia, SC 29211
Telephone: (803) 779-3080
Email: dmajor@hsblawfirm.com
         eblack@hsblawfirm.com
         awilliams@hsblawfirm.com

Christopher B. Major, Fed ID No. 31663
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC 29602
Telephone: (864) 240-3200
Fax: (864) 240-3300
Email: cmajor@hsblawfirm.com


Dated: January 9, 2026

FOR DEFENDANTS CHRIS SHELTON,
MATT SCHOOLFIELD, LINDA PLYMALE,
HEATHER FRYE, and JOSH COVETT

/s/ Jared E. Gardner
Jared E. Gardner (N.C. Bar No. 28275)
Bruce J. Kennedy II (N.C. Bar No. 55158)
GARDNER SKELTON PLLC
3746 N. Davidson Street
Charlotte, NC 28205

Telephone: (704) 335-0350
Fax: (704) 390-7027
Email: bkennedy@gardnerskelton.com
jared@gardnerskelton.com